## United States District Court
## Violation Notice

| Field | Value |
|---|---|
| CVB Location Code | OR14 |
| Violation Number | FBHJ009U |
| Officer Name | Yasinosky |
| Officer No. | 2353 |

FBHJ009U

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 08/03/2024 01:49
Offense Charged: FED 36 CFR 261.10F

Place of Offense: NATIONAL FOREST SERVICE ROAD x HUCKLEBERRY LANE.

Offense Description: Factual Basis for Charge
36 CFR 261.10F - IMPEDIMENT OR HAZARD

HAZMAT ☐

### DEFENDANT INFORMATION

Phone:

Last Name: OBERT
First Name: RACHEALANNE
M.I.: K

Street Address:
City:   State:   Zip Code:   Date of Birth (mm/dd/yyyy):
Drivers License No.:   CDL ☐   D.L. State:   Social Security No.:

Adult ☐   Juvenile ☐   Sex ☐ M ☐ F
Race:   Hair:   Eyes:   Height:   Weight:

### VEHICLE

VIN: JHMCD5630SC023570   CMV ☐

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 015JTM | OR | 1995 | HOND/ACCORD | ☐ | SIL |

A [X] IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (opposite).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (opposite).

Forfeiture Amount
$ 30.00  Processing Fee

PAY THIS AMOUNT   Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address:
Date (mm/dd/yyyy):
Time (hh:mm): 08:00

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Previous edition is obsolete   Original - CVB Copy   FS-5300-4 (7/05)

FBHJ009U

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 08/03/2024 while exercising my duties as a law enforcement officer in the Southern District of GA

Pursuant to 16USC 551: THIS VIOLATION NOTICE WAS AMMENDED FROM TITLE 21 USC 844 TO 36 CFR 261.10(F) PRIOR TO CVB SUBMITTAL. ON THE DATE AND APPROXIMATE TIME LISTED ON THE FACE OF THIS VIOLATION NOTICE (VN), I WAS CONDUCTING UNIFORMED VEHICLE PATROL ON NATIONAL FOREST SERVICE ROAD (NFSR) 1928, SOUTH OF THE INTERSECTION TO NFSR 1931, WHEN I NOTICED THE SUSPECT VEHICLE LISTED ON THE FACE OF THIS VN TRIVE TOWARDS MY LOCATION. NFSR 1928 IS A PUBLIC ROAD OWNED BY THE USDA/ FOREST SERVICE (FS) AND MAINTAINED BY THE WILLAMETTE NATIONAL FOREST, MIDDLE FORK RANGER DISTRICT (MFRD). THE MFRD IS LOCATED IN THE WESTERN DISTRICT OF OREGON'S FEDERAL JURISDICTION. NFSR 1928 WAS CURRENTLY CLOSED BY A VALID PUBLIC H&S ORDER (#06-18-10-24-20). I CODUCTED A VEHICLE STOP AND CONTACTED THE DEFENDANT AND NOTICED A WHITE CRYSTAL SHARD ON THE VEHICLE'S DASH BOARD, NEAR THE SPEEDOMETER, WHICH I IMMEDIATELY RECOGNIZED AS CRYSTAL METHAMPHETAMINE. I ASKED THE DEFENDANT WHAT THE ITEM WAS AND THE PASSENGER INFORMED ME THE ITEM WAS METHAMPHETAMINE. I RETURNED TO MY VEHICLE TO NOTIFY DISPATCH AND RETURNED TO DISCOVER THE ITEM WAS NO LONGER VISIBLE. I ASKED THE DEFENDANT WHERE THE ITEM WAS AND THE DEFENDANT LIED TO ME BY STATING SOMETHING TO THE EFFECT THAT SHE THREW THE ITEM OUT OF THE WINDOW. I INFORMED THE DEFENDANT SHE COULD NOT LITTER ON FS LANDS AND SHE WAS BEING PLACED UNDER ARREST. THE DEFENDANT THEN INFORMED ME THAT SHE PLACED THE ITEM ON THE FLOOR BOARD OF HER VEHICLE, WHICH I LATER HAD TO RECOVER. I WAS ABLE TO LOCATE THE ITEM UNDER THE FLOOR MAT OF THE DRIVER'S SIDE WHERE THE DEFENDANT'S FEET WERE PREVIOUSLY LOCATED PRIOR TO ME ORDERING THE DEFENDANT FROM THE DRIVER'S SEAT OF THE CAR. THE DEFENDANT PLACED A CONTROLLED SUBSTANCE IN SUCH A MANNER THAT IT CREATED A HAZARD TO MY SAFETY AS I HAD TO RELOCATE THE TOXIC CONTROLLED SUBSTANCE DURING NIGHT TIME CONDITIONS IN THE THEN HIDDEN LOCATION.

The foregoing statement is based upon:

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 08/03/2024
Date (mm/dd/yyyy)   Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;   PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;   CMV = Commercial vehicle involved in incident